ACCEPTED
01-15-00561-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 12:12:50 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2014 – 35232A

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Plaintiff,<br><br>VS.<br><br><br>PAUL SCOTT, MGA INSURANCE<br>COMPANY, INCORPORATED<br>("GAINSCO"), AND GAINSCO AUTO<br>INSURANCE AGENCY, INCORPORATED<br>Defendant(s). | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT OF<br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br>164th JUDICIAL DISTRICT |

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 12:12:50 AM
CHRISTOPHER A. PRINE
Clerk

## OBJECTION TO DISTRICT CLERK'S CONTEST OF AFFIDAVIT OF INDIGENCE AND REQUEST FOR A HEARING ON AFFIDAVIT OF INDIGENCE

TO THE HONORABLE JUDGE OF THIS COURT:

Comes Now, Cecilia Clinkscale, Plaintiff, in the above styled civil action and files this *Objection To District Clerk's Contest Of Affidavit Of Indigence And Request For A Hearing On Affidavit Of Indigence*, and in support thereof, she respectfully shows this Court the following:

### I.

Plaintiff timely filed her *Notice of Appeal* in the trial court on Wednesday, June 24, 2015. Tex. R. App. 20.1(a); Plaintiff filed an *Amended Notice of Appeal* on Wednesday, July 1, 2015, and a subsequent *Notice of Appeal* on Thursday, July 9, 2015.

### II.

Plaintiff filed her *Motion To Proceed In Forma Pauperis* and *Affidavit In Support Of Motion To Proceed In Forma Pauperis* on Thursday, July 9, 2015 in compliance with Tex. R. Civ. P. 21(b) (1).

### III.

Likewise, Plaintiff filed her *Motion To Proceed In Forma Pauperis* and *Affidavit In Support Of Motion To Proceed In Forma Pauperis* during the morning of Friday, July 10, 2015 in compliance with Tex. R. Civ. P. 21(b) (3).

### IV.

In response to Plaintiff's *Affidavit Of Indigence*, the District Clerk filed its *Contest Of Affidavit Of Indigence*, Friday, July 17, 2015, and the Clerk set its said *Contest* for Hearing by Submission, Monday, July

27, 2015. *See* Exhibit 1.

## V.

During the evening of Saturday, August 1, 2015, Plaintiff received notice of the *District Clerk's Contest* as the Clerk served the documents upon Plaintiff by first-class mail and first-class certified mail. Notably, the Clerk's *"Motion for the Request for an Extension of Time and proposed Order"* were not enclosed with Plaintiff's mailing. Additionally, the United States Postal Service tracking number listed in the "Certificate of Service" is not the tracking number which appears on the certified mailing envelope.

## VI.

Whatever the matter with administrative and postal logistics, Plaintiff is in receipt of the *District Clerk's* respective *Contest*, and she notes her *Objection* here; thereto, Plaintiff requests a hearing on her *Affidavit Of Indigence* as soon as practicable.

## CONCLUSION AND PRAYER

Wherefore, Plaintiff, Cecilia Clinkscale, sets forth her *Objection,* and she prays that this Court will consider the matter before it.

Further, Plaintiff requests a hearing on her *Affidavit Of Indigence* to ensure that her statutory and constitutional right of a fair hearing is protected, and justice is served.

Respectfully submitted,

CECILIA CLINKSCALE
Plaintiff/Appellant,
In Propria Persona

Dated: 8/4/2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Telephone:  (215) 828-4516
Facsimile:  (877) 669-1745
Email:  cclinkscale@gmail.com

2

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. Civ. P. 21, 21a, I, Cecilia Clinkscale, Plaintiff, do hereby certify that on this 4th day of August 2015, a true and correct copy of the attached and foregoing *Objection To District Clerk's Contest Of Affidavit Of Indigence And Request For A Hearing On Affidavit Of Indigence* was served upon the recipients listed below in the following manner(s):

The Honorable Alexandria Smoots-Hogan,
Judge,
164th District (Civil) Court,
Harris County Civil Courthouse,
201 Caroline Street,
12th Floor,
Houston, Texas 77002

Service: Tex.gov e-filing.

Mr. Chris Daniel,
Esquire,
Harris County District Clerk,
Civil Bureau,
Civil Intake Department,
201 Caroline Street,
Suite 420,
Houston, Texas 77002

Service: Tex.gov e-filing.

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: Tex.gov e-filing.

Mr. Vince Ryan,
Esquire,
County Attorney,
1019 Congress Street,
15th Floor,
Houston, Texas 77002

Service: United States Postal Service, first-class mail.

3

Mr. Gregg Harrison, Jr.,
Esquire,
Senior Assistant County Attorney,
1019 Congress Street,
15th Floor,
Houston, Texas 77002

Service: United States Postal Service, first-class mail.

Mr. Wesley Johnson,
Counsel For Defendants,
Cooper & Scully,
Founders Square,
900 Jackson Street,
Suite 100,
Dallas, Texas 75202

Service: United States Postal Service, first-class mail.

Ms. Gina A. Lucero,
Counsel for Defendant Paul Scott,
Lucero | Wollam, P.L.L.C.,
1776 Yorktown Street,
Suite 100,
Houston, Texas 77056

Service: United States Postal Service, first-class mail.

_Cecilia A. Clinkscale_   8/4/2015

CECILIA CLINKSCALE
Plaintiff/Appellant,
In Propria Persona

Dated: _8/4/2015_



# EXHIBIT 1

Chris Daniel
Harris County District Clerk
201 Caroline, Ste 420
Houston, Texas 77002

> Re: Cause NO. 2014-35232A; *CECLIA CLINKSCALE v. PAUL SCOTT*; In the 164TH District Court of Harris County, Texas, County Attorney File No. 480771.

Dear Mr. Daniel:

Transmitted herewith for filing in the above referenced cause please find a Request for Extension and Notice of Hearing, Clerk's Contest of Affidavit of Inability to Pay Costs, and proposed Orders thereon.

Thank you for your courtesy and assistance in this matter.

Very truly yours,

VINCE RYAN
County Attorney

HARRISON GREGG JR.
Senior Assistant County Attorney

VR/HG/kdr
Attachments

| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## DISTRICT CLERK'S CONTEST OF AFFIDAVIT OF INDIGENCE
## TEXAS RULE of APPELLATE PROCEDURE 20.1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the District Clerk of Harris County, Texas, enters a general denial and pursuant to TRAP 20.1, contests the Affidavit of Inability to Pay Costs of the Affiant previously filed herein, and in support of such contest states:

### I.

The District Clerk demands strict proof that the Affiant is unable to pay filing fees.

### II.

"A party who cannot pay the costs in an appellate court may proceed without advance payment of costs if:

(1)     the party files an affidavit of indigence in compliance with this rule;

(2)     the claim of indigence is not contested or, if contested the contest is not sustained by written order; and

(3)     the party timely files a notice of appeal." TRAP 20.1(a)

### III.

The District Clerk alleges the Affiant has failed in complying with one or more of the statutory requirements under TRAP 20.1(b) which states:

"The affidavit of indigence must identify the party filing the affidavit and must state what amount of costs, if any, the party can pay. The affidavit must also contain complete information about:

(1)     the nature and amount of the party's current employment income, government-entitlement income and other income;

(2)     the income of the party's spouse and whether that income is available to the party;

(3)     real and personal property the party owns;

(4)     cash the party holds and amounts on deposit the party may withdraw;

(5)     the party's other assets;

(6)     the number and relationship to the party of any dependents;

(7)     the nature and amount of the party's debts;

(8)     the nature and amount of the party's monthly expenses;

(9)     the party's ability to obtain a loan for court costs;

(10)    whether an attorney is providing free legal services to the party without a contingent fee; and

(11)    whether an attorney has agreed to pay for advance court costs."

## IV.

For these reasons, the District Clerk asks the court to deny the Affiant's request to proceed as an indigent without paying costs and sustain the District Clerk's contest.

Respectfully submitted,

VINCE RYAN
County Attorney
TX Bar No. 99999939

By: _____
HARRISON GREGG JR.
TX Bar No. 08429500
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5169
Facsimile: (713) 755-8848

ATTORNEY FOR CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK

| | | |
|---|---|---|
| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## NOTICE OF HEARING BY SUBMISSION

Please be advised that on **JULY 27, 2015 AT 8 AM, in the 164TH District Court** of Harris County, Texas, the District Clerk's Contest of Affiant's Affidavit of Inability to Pay Costs will be presented to the Court for a ruling.

Respectfully submitted,

VINCE RYAN
County Attorney
TX Bar No. 99999939

By: _____
Harrison Gregg, Jr.
Texas Bar No: 08429500
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5169
Facsimile: (713) 755-8848

ATTORNEY FOR CONTESTANT
CHRIS DANIEL, HARRIS COUNTY
DISTRICT CLERK

| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## JUDGMENT AND ORDER SUSTAINING CONTEST TO PAUPER'S OATH

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability To Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after considering the evidence and the argument of counsel, finds that Affiant CECLIA CLINKSCALE is able to pay all filing fees, or to give security therefore, that the affidavit was not filed in good faith and that such contest should be and is hereby sustained. Affiant was notified by certified mail return receipt requested and regular mail.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECLIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

IT IS FURTHER ORDERED that the District Clerk shall not proceed or process any further actions or settings on this case unless and until the Affiant CECLIA CLINKSCALE pays and/or deposits in full all costs of this appeal.

SIGNED this _____ day of _____.



_____
JUDGE PRESIDING

Harrison Gregg, Jr.
Senior Assistant County Attorney
SB: 08429500

## CAUSE NO. 2014-35232A

| | | |
|---|---|---|
| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## ORDER TO PAY COSTS

BE IT REMEMBERED that on this day came on to be heard the Contest to the Affidavit of Inability to Give Cost Bond of Affiant, in the above numbered and entitled cause. The Court, after calling the above entitled and styled cause, finds that Affiant (did) or (did not) appear therefore is ordered to pay the costs of appeal or any part thereof, or to give security therefore, that the affidavit CECLIA CLINKSCALE was not filed in good faith and that such contest should be and is hereby sustained.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that the Contest to the Affidavit of Affiant CECLIA CLINKSCALE to proceed in this matter without payment of the costs of appeal or any part thereof, or to give security therefore is SUSTAINED.

SIGNED this _____ day of _____.

_____
JUDGE PRESIDING

| | | |
|---|---|---|
| CECLIA CLINKSCALE | § | IN THE DISTRICT COURT OF |
| | §- | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PAUL SCOTT | § | 164TH JUDICIAL DISTRICT |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Hearing, District Clerk's Contest of Affidavit of Indigence, Motion for the Request for an Extension of Time and proposed Order thereon were sent by regular mail and/or certified mail, return receipt requested, on **JULY 17, 2015** to the following:

Official Court Reporter
164TH Judicial District Court
201 Caroline
Houston, Texas 77002

CECLIA CLINKSCALE
PO BOX 42718
PHILADELPHIA, PENNSYLVANIA 19101          Certified Mail 7014 1200 0001 5156 4994
                                   Return Receipt Requested


HARRISON GREGG JR.
Senior Assistant County Attorney

neopost
07/17/2015
US POSTAGE $000.69°

ZIP 77002
041L12202763

M HOLSTEIN
TX 773
17 JUL '15
FRI G 1

Vince Ryan (kdr)
Office of the Harris County Attorney
Compliance Division
1019 Congress, 15th Floor
Houston, Texas 77002

CECLIA CLINKSCALE
PO BOX 42718
PHILADELPHIA, PENNSYLVANIA 19101

19101271818